**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6959**

WALLACE GAITHER,

Plaintiff - Appellant,

and

CHARLES EVERETTE HINTON; ALLEN J. BUTTKE; STANLEY M. DRAUGHON; WALTER KEVIN JOHNSON,

Plaintiffs,

v.

ROY COOPER; ERIK A. HOOKS; MICHAEL HARDEE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard Ernest Myers, II, District Judge.  (5:20-ct-03153-M)

Submitted:  September 24, 2020                    Decided:  September 29, 2020

Before HARRIS and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Wallace Gaither, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wallace Gaither appeals the district court's order dismissing his complaint without prejudice for failure to prosecute or comply with court orders. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Gaither's informal brief does not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny Gaither's motion for a transcript at the government's expense and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*